ent between the parties ; and then claimed the right allow-
ed the party against whom the motion is made to substitute
one referee, as of course, instead of one named by the mo-
ver, and also to nominate one instead of the referee struck
out for cause.

ALBANY,
October. 1824.

Nichols
v.
Cowles.

Savage, Ch. J.    The settled practice is otherwise.    You
substitute one referee for any one named in the notice ; and
the mover may substitute some other person for the one
against whom cause is shewn.    The mover is always enti-
tled to the nomination of two referees.

*Livingston*, then nominated ; and,

*Per totam Curiam*—

Rule accordingly.

Nichols *against* Cowles.

J. A. Spencer, moved to set aside the writ of *certiorari*
to a Justice's Court, because the affidavit upon which it was
founded was entitled in this Court ; and cited *Haight* v. *Tur-
ner*, (2 *John. Rep.* 371) and *Whitney* v. *Warner*, (2 *Cowen's
Rep.* 499.)

An affidavit
for a certiora-
ri must not be
entitled in this
court.

*D. Cady*, contra.

*Curia.*    The motion must be granted.

Rule accordingly.(*a*)

(*a*) See *Ex parte John Nehro,* 1 *Barnw.* & *Cresw.* 73, *S. P.*